

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2023

No. 04-23-00321-CR

Nikolaj **ZBIKOWSKI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR0416
Honorable Andrew Carruthers, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on June 14, 2023.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2023.

_____
Michael A. Cruz, Clerk of Court